

# IN THE
# TENTH COURT OF APPEALS

————————

## No. 10-12-00162-CV

**CYNTHIA A. HUERTA,**

**Appellant**

**v.**

**CITIMORTGAGE,**

**Appellee**

————————

**From the County Court at Law No. 1
Johnson County, Texas
Trial Court No. C201200085**

## MEMORANDUM OPINION

Appellant Cynthia A. Huerta presented a notice of appeal regarding a trial court order or judgment signed on May 5, 2012. By letter dated September 20, 2012, the Clerk of this Court notified Huerta that no brief had been filed. The Clerk informed Huerta that the Court may dismiss the appeal for want of prosecution unless a response was filed within 21 days from the date of the letter showing grounds for continuing the appeal. Huerta has not filed a brief or any response showing grounds for continuing the appeal.

Accordingly, this appeal is dismissed.  TEX. R. APP. P. 38.8 (a) (1); TEX. R. APP. P. 42.3(b).


AL SCOGGINS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal dismissed
Opinion delivered and filed November 8, 2012
[CV06]